ROBERT WALKER
NO. 1163394
William G. McConnell
3001 South Emily Dr
Beeville, TEXAS 78102

3-16-2015

CHRISTOPHER A. PRINCE, clerk
COURT OF APPEALS, FIRST DISTRICT
OF TEXAS.
301 FANNIN St.
HOUSTON, TEXAS 77002-2066



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 20 2015

CHRISTOPHER A. PRINCE
CLERK

RE: DECISION of case IN cause NO. 01-11-00374-CR/919754

DEAR CLERK PRINCE:,

Im writing this brief letter in regards to the status of case IN up above entitled and numbered cause. I've written court several times regarding this matter! I really would APPRECIATE an response to this letter!

RESPECTFULLY submitted

Robert Walker
NO.1163394
W.G.McConnell Unit
3001 South Emily Dr
Beeville, Texas 78102

LEGAL MAIL

FOREVER
USA

christopher A. Prince, clerk
court of Appeals, First District
of Texas,
301 fannin St, Rm 208
Houston, Texas 77002-2066

FIRST COURT OF APPEALS
RECEIVED
HOUSTON, TEXAS
MAR 20 2015
CHRISTOPHER A. PRINE
CLERK